IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNDA HUNT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER<br>DISTRICT<br>　　　　Defendant. | CASE NO: 4:99cv3030<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　Exhibit number(s): All Exhibits referenced in the attached Index

　　Hearing type(s):　Trial

　　Date of hearing(s): June 12 - June 19, 2000

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　IT IS SO ORDERED.

　　May 4, 2007.

　　　　　　　　　　　　　　　　　　s/ Warren K. Urbom
　　　　　　　　　　　　　　　　　　United States Senior District Judge

# Appeal from the United States District Court for the District of Nebraska

| Lynda Hunt,   Plaintiff-Appellant, | ) | District Court Case No. 4:99CV3030 |
|---|---|---|
| | ) | 8th Circuit Case No. 00-3632 NEL |
| vs. | ) | |
| | ) | **Index to Exhibits Received** |
| | ) | **in Evidence at Trial** |
| Nebraska Public Power District, A | ) | |
| Public Corporation,  Defendant-Appellee. | ) | 79 Exhibits |

| Ex No | Description | Relevant Date / Pages | Ex No |
|---|---|---|---|
| 3 | Performance Appraisal - Lynda Hunt | [Oct 8 1979 * 4 Pages] | 3 |
| 4 | Performance Appraisals (3) - Lynda Hunt | [Mar 1 1980 * 12 Pages] | 4 |
| 5 | Performance Appraisal - Lynda Hunt | [Feb 3 1981 * 4 Pages] | 5 |
| 6 | Performance Appraisal - Lynda Hunt | [Feb 3 1982 * 4 Pages] | 6 |
| 7 | Performance Appraisal - Lynda Hunt | [Jan 28 1983 * 4 Pages] | 7 |
| 8 | Performance Appraisal - Lynda Hunt | [Feb 6 1984 * 4 Pages] | 8 |
| 11 | Performance Appraisal - Lynda Hunt | [Feb 1 1985 * 4 Pages] | 11 |
| 13 | Performance Appraisal - Lynda Hunt | [Jan 31 1986 * 4 Pages] | 13 |
| 14 | Performance Appraisal - Lynda Hunt | [Mar 1 1987 * 4 Pages] | 14 |
| 15 | Memo from Ron Hitch, Regional Mgr, to Lofquest, Bellows, Dorothy & Lynda re meeting on May 7, 1987 | [May 12 1987 * 1 Page] | 15 |
| 16 | Memos Lofquest > Hitch re Lynda Hunt | [Jul 2 1987 * 5 Pages] | 16 |
| 17 | Response to Job Posting, Posted Position Title District Office Supervisor II | [Oct 8 1987 * 2 Pages] | 17 |
| 18 | Letter to Lynda Hunt from Gary Kruse re promotion | [Nov 2 1987 * 1 Page] | 18 |
| 19 | Performance Appraisal - Lynda Hunt | [Mar 1 1988 * 4 Pages] | 19 |
| 20 | Performance Appraisal - Lynda Hunt | [Mar 1 1989 * 5 Pages] | 20 |
| 23 | Performance Appraisal - Lynda Hunt | [Mar 1 1990 * 5 Pages] | 23 |
| 24 | Memo George Weaklim > Jerry Craft re supervisory | [Jul 31 1990 * 1 Page] | 24 |

Prepared by Attorneys for Lynda Hunt, Plaintiff-Appellant

## Appeal from the United States District Court for the District of Nebraska

Lynda Hunt,  Plaintiff-Appellant,

vs.

Nebraska Public Power District, A Public Corporation, Defendant-Appellee.

District Court Case No. 4:99CV3030
8th Circuit Case No. 00-3632 NEL

**Index to Exhibits Received in Evidence at Trial**

79 Exhibits

| Ex No | Description | Relevant Date / Pages | Ex No |
|---|---|---|---|
|  | training for Lynda Hunt. |  |  |
| 25 | Job Description: District Office Supervisor II. | [Oct 16 1990 * 7 Pages] | 25 |
| 28 | Performance Appraisal - Lynda Hunt | [Mar 1 1991 * 4 Pages] | 28 |
| 30 | Performance Appraisal - Lynda Hunt | [Mar 1 1992 * 5 Pages] | 30 |
| 33 | Women's Opportunities Task Force Data and Reports | [Jan 1 1993 * 60 Pages] | 33 |
| 34 | Charge of Discrimination - Lori Burge | [Jan 29 1993 * 1 Page] | 34 |
| 35 | Charge of Discrimination - Sherry Hulett | [Jan 29 1993 * 1 Page] | 35 |
| 36 | Performance Appraisal - Lynda Hunt | [Mar 1 1993 * 8 Pages] | 36 |
| 38 | Memo to All Employees from John McPhail re Women's Opportunities Task Force Report "Ascending to Diversity" | [Apr 27 1993 * 1 Page] | 38 |
| 40 | Performance Appraisal - Lynda Hunt | [Mar 1 1994 * 4 Pages] | 40 |
| 43 | Corporate Policy/Procedure HR-25 Employee Discipline | [Sep 16 1994 * 9 Pages] | 43 |
| 44 | Corporate Policy/Procedure HR-27 Employee Performance Appraisals | [Sep 30 1994 * 2 Pages] | 44 |
| 45 | Corporate Policy/Procedure HR-31 Exit Interview | [Oct 14 1994 * 1 Page] | 45 |
| 47 | Organization Charts - Eastern Region - 1995-1997. | [4 Pages] | 47 |
| 50 | Performance Appraisal - Lynda Hunt (w/ Aspiration Guide dated 2/24/95) | [Mar 1 1995 * 6 Pages] | 50 |
| 51 | Job Description: General Clerk I | [Jul 10 1995 * 6 Pages] | 51 |

Prepared by Attorneys for Lynda Hunt, Plaintiff-Appellant

## Appeal from the United States District Court for the District of Nebraska

| Lynda Hunt,  Plaintiff-Appellant, | District Court Case No. 4:99CV3030 |
|---|---|
| vs. | 8th Circuit Case No. 00-3632 NEL |
| Nebraska Public Power District, A Public Corporation, Defendant-Appellee. | **Index to Exhibits Received in Evidence at Trial**<br>79 Exhibits |

| Ex No | Description | Relevant Date / Pages | Ex No |
|---|---|---|---|
| 53 | Written Reprimand | [Sep 29 1995 * 1 Page] | 53 |
| 54 | Request for Position Authorization. | [Oct 1 1995 * 2 Pages] | 54 |
| 55 | Lynda Hunt Response to Written Reprimand | [Oct 2 1995 * 1 Page] | 55 |
| 56 | Lofquest Response to Lynda Hunt re Written Reprimand. | [Oct 4 1995 * 1 Page] | 56 |
| 57 | 1995 W-2 Form - Lynda Hunt | [1995 * 2 Pages] | 57 |
| 58 | NPPD Payroll Change Notification for Gerald Craft | [Dec 31 1995 * 1 Page] | 58 |
| 61 | Performance Appraisal - Lynda Hunt w/o Aspiration Guide | [Mar 1 1996 * 4 Pages] | 61 |
| 63 | Performance Appraisal draft - last page. | [Mar 1 1996 * 1 Page] | 63 |
| 65 | Memo Jim Bellows > Pat Pope re Plattsmouth office | [Mar 4 1996 * 1 Page] | 65 |
| 69 | Charge of Discrimination - Carole White | [Apr 29 1996 * 1 Page] | 69 |
| 75 | Corporate Policy/Procedure HR-43 Employment Transfer And Promotion | [Aug 30 1996 * 20 Pages] | 75 |
| 76 | Lynda's letter to Wm Lofquest re Office Concerns | [Sep 18 1996 * 3 Pages] | 76 |
| 77 | Memo Wm Lofquest > Lynda Hunt | [Sep 27 1996 * 2 Pages] | 77 |
| 81 | 1996 W-2 Form - Lynda Hunt | [1996 * 2 Pages] | 81 |
| 87 | Memo to Ron Hitch From Jim Bellows re Plattsmouth Office Visit | [Jan 14 1997 * 2 Pages] | 87 |
| 88 | Memo to Ron Hitch From Jim Bellows re Plattsmouth Office Visit | [Jan 14 1997 * 2 Pages] | 88 |

Prepared by Attorneys for Lynda Hunt, Plaintiff-Appellant

## Appeal from the United States District Court for the District of Nebraska

| | |
|---|---|
| Lynda Hunt,  Plaintiff-Appellant, | District Court Case No. 4:99CV3030 |
| | 8th Circuit Case No. 00-3632 NEL |
| vs. | |
| | **Index to Exhibits Received in Evidence at Trial** |
| Nebraska Public Power District, A Public Corporation,  Defendant-Appellee. | |
| | 79 Exhibits |

| Ex No | Description | Relevant Date / Pages | Ex No |
|---|---|---|---|
| 89 | Memo to Ron Hitch from Jim Bellows re Meeting w/ Lynda Hunt, Cathy Cundall, Bill Lofquest | [Feb 4 1997 * 2 Pages] | 89 |
| 90 | Lofquest Note | [Mar 1 1997 * 1 Page] | 90 |
| 91 | Performance Appraisal - Lynda Hunt | [Mar 1 1997 * 5 Pages] | 91 |
| 92 | Performance Appraisal - Lynda Hunt | [Mar 1 1997 * 4 Pages] | 92 |
| 93 | Ron Hitch's Pocket Calendar | [Mar 1 1997 * 3 Pages] | 93 |
| 94 | Letter Cathy Cundall > Bill | [Mar 3 1997 * 1 Page] | 94 |
| 96 | Hitch Termination Outline - DRAFT | [Mar 13 1997 * 1 Page] | 96 |
| 97 | Cathy Cundall - Lofquest note | [Mar 14 1997 * 2 Pages] | 97 |
| 98 | Cathy Cundall Exit Interview | [Mar 14 1997 * 2 Pages] | 98 |
| 100 | Notice of Termination from William Lofquest and R. E. Hitch | [Mar 18 1997 * 1 Page] | 100 |
| 101 | Notice of Termination from William Lofquest and R. E. Hitch | [Mar 18 1997 * 1 Page] | 101 |
| 102 | Memo Hitch > Gary Kruse re Lynda Hunt Termination | [Mar 19 1997 * 3 Pages] | 102 |
| 104 | Letter from Lynda Hunt to Charles Stack | [Apr 29 1997 * 1 Page] | 104 |
| 106 | Letter to Lynda Hunt | [May 29 1997 * 1 Page] | 106 |
| 107 | NPPD Employee Training Record - Lynda Hunt | [Jul 8 1997 * 2 Pages] | 107 |
| 109 | Grievance Board Findings and Determinations | [Aug 1 1997 * 5 Pages] | 109 |
| 113 | Handwritten note by Garrett Smith | [Aug 19 1997 * 3 Pages] | 113 |

Prepared by Attorneys for Lynda Hunt, Plaintiff-Appellant

## Appeal from the United States District Court for the District of Nebraska

Lynda Hunt,  Plaintiff-Appellant,

vs.

Nebraska Public Power District, A
Public Corporation, Defendant-Appellee.

District Court Case No. 4:99CV3030
8th Circuit Case No. 00-3632 NEL

**Index to Exhibits Received
in Evidence at Trial**

79 Exhibits

| Ex No | Description | Relevant Date / Pages | Ex No |
|---|---|---|---|
| 114 | Letter from Charles Stack to Lynda Hunt w/ attached Notice of Termination & pay stub | [Aug 25 1997 * 3 Pages] | 114 |
| 116 | 1997 W-2 Form - Lynda Hunt | [1997 * 2 Pages] | 116 |
| 123 | Charge of Discrimination - Kelly Edelman | [May 4 1998 * 2 Pages] | 123 |
| 125 | 1998 W-2 Form - Lynda Hunt | [1998 * 1 Page] | 125 |
| 128 | 1999 W-2 Form - Lynda Hunt | [1999 * 2 Pages] | 128 |
| 129 | NPPD Wages for Clerks and District Office Supervisors 1992-1999 | [Dec 31 1999 * 11 Pages] | 129 |
| 146 | Garrett Smith Handwritten Notes | [May 30 1997 * 1 Page] | 146 |
| 147 | Grievance Board Findings and Determination w/ Garrett Smith handwritten notes. | [Aug 4 1997 * 8 Pages] | 147 |
| 163 | Memo - Hitch > Gary Kruse | [Sep 5 1996 * 3 Pages] | 163 |
| 164 | Lofquest Payroll Change Notification | [Jan 1 1996 * 1 Page] | 164 |
| 167 | Performance Appraisal - Gerald Craft | [Nov 1 1992 * 2 Pages] | 167 |
| 180 | Document 3-97 reflects pay | [Mar 1997 * 1 Page] | 180 |
| 181 | Document 7-96 reflects pay | [Jul 1996 * 1 Page] | 181 |
| 203 | Hunt memo to Craft re: Working Conditions | [Oct 6 1991 * 2 Pages] | 203 |

Prepared by Attorneys for Lynda Hunt, Plaintiff-Appellant